[PHILADELPHIA, FEBRUARY 15, 1833.]

## Case of the GERMANTOWN and PERKIOMEN TURNPIKE ROAD COMPANY.

A conditional report of viewers appointed to assess damages in a road case, finding facts, but submitting to the court questions of law arising upon them, is bad.

CERTIORARI to the Court of Quarter Sessions of the County of *Philadelphia.*

A wide range of argument upon certain local acts of assembly was taken by *Chew* for the *Germantown* and *Perkiomen* Turnpike Road Company, and by *Page* for the commissioners of the county of *Philadelphia*; but the opinion of the court (delivered by the Chief Justice) being confined to a single point, it becomes unnecessary to report the arguments.

PER CURIAM—The quarter sessions very properly quashed the report, inasmuch as the viewers had not power to report conditionally, or, as in the case of a special verdict, to reserve the matters of law for the determination of the court. They were bound to dispose, in the first instance, of all the matters committed to them, whether constituted of law or of fact, subject however to review by the sessions. It would be improper to anticipate a question which may arise hereafter, whether the rights of the company have been assumed by the district, or whether the corporate owner of a franchise, is a subject for compensation under the general road law. That question may come up on another report, and we restrict ourselves to the ground on which the judgment of the court is clearly sustainable.*

Order of the Quarter Sessions affirmed.

* See 2 Serg. &. Rawle, 277.